

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2019

No. 04-18-00753-CV

Kenneth **GIBUSSA**,
Appellant

v.

Sylvia **NYAUCHO**, Benta Okweso Cornel and Lamech Hamisi,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI05422
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
        Rebeca C. Martinez, Justice
        Patricia O. Alvarez, Justice

On March 6, 2019, this court issued an opinion and order dismissing this appeal for lack of jurisdiction because the order appellant sought to appeal was not a final, appealable order. Our order assessed the costs of the appeal against appellant. *See* TEX. R. APP. P. 43.4; *but see In re H.R.*, 87 S.W.3d 691, 702 n.5 (Tex. App.—San Antonio 2002, no pet.) ("For purposes of appeal, attorney's fees are not considered 'costs.'").

On April 11, 2019, appellant filed a letter regarding our assessment of the costs of the appeal. "A motion for rehearing must be filed within 15 days after the court of appeals' judgment or order is rendered." TEX. R. APP. P. 49.1. "A court of appeals may extend the time to for filing a motion for rehearing . . . if a party files a motion [requesting an extension] no later than 15 days after the last date for filing the motion." TEX. R. APP. P. 49.8. Since our order in this appeal issued on March 6, 2019, the last day for filing a motion requesting an extension of time to file a motion for rehearing was April 5, 2019. Even if we construed appellant's letter as both a motion for rehearing and a motion requesting an extension of time to file a motion for rehearing, it would not be timely filed. Accordingly, appellant's request that this court reconsider the assessment of costs is DENIED.

It is so ORDERED on April 22, 2019.

PER CURIAM



ATTESTED TO: _____

KEITH E. HOTTLE,
Clerk of Court